(17 Misc. Rep. 296)

### UHLFELDER et al. v. TAMSEN.

#### (City Court of New York, General Term. June 30, 1896.)

PARTIES—INTERVENTION.
> Code Civ. Proc. § 452, providing that the court must direct the bringing in of any party interested in the subject of the action, is mandatory.

Appeal from special term.

Action by Simon Uhlfelder and another against Edward J. H. Tamsen, as sheriff. From so much of an order granting a motion by Daniel Lenobiel and Jacob Cohen for leave to intervene as parties defendant as requires them to furnish security for costs, said Lenobiel and Cohen appeal. Reversed.

Argued before VAN WYCK, C. J., and O'DWYER, J.

Jacob Barnett, for appellants.

Burrett Stone and Arthur Furber, for respondents.

O'DWYER, J. The part of the order appealed from should be reversed. The discretion referred to in Hart v. Kohn (City Ct. N. Y.) 33 N. Y. Supp. 272, was a determination as to whether the party had an interest. Here that question has been determined in favor of the applicant, and section 452 of the Code of Civil Procedure is mandatory that, where the applicant has an interest, the court must direct him to be brought in. Rosenberg v. Salomon, 144 N. Y. 92, 38 N. E. 982.

That part of the order appealed from is reversed, with costs.